FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 NOV -9 AM 11: 26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VALERIE BARKER,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 932(b)(1)<br>18 U.S.C. § 932(c)(1)<br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(False Statement During Purchase of Firearm)

1. On or about May 5, 2023, in the Southern District of Ohio, the defendant, **VALERIE BARKER**, in connection with the acquisition of a firearm, to wit, a Ruger, Model SR22P, .22 caliber pistol bearing serial number 369-44224, from Rural King, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Rural King, which statement was intended and likely to deceive Rural King as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, in that **VALERIE BARKER** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, to the effect that **VALERIE BARKER** was the actual transferee/buyer of the firearm when, in fact, she was purchasing the firearm on behalf of L.B.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWO
(Straw Purchase of Firearm)

2. On or about May 5, 2023, in the Southern District of Ohio, the defendant, **VALERIE BARKER**, did knowingly purchase a firearm, to wit, a Ruger, Model SR22P, .22 caliber pistol bearing serial number 369-44224, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request of L.B., knowing or having reasonable cause to believe that L.B. had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, or did conspire to do so.

**In violation of 18 U.S.C. §§ 932(b)(1) and (c)(1).**

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of any of the offenses alleged in the Indictment, the defendant, **VALERIE BARKER**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Ruger, Model SR22P, .22 caliber pistol bearing serial number 369-44224; and
- All associated ammunition.

Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

*s/Foreperson*
**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

_____
**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**